UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH S. STRAUS, DR. BRANDON HOWARD, and MEAGAN LADUE,<br>　　　　　　Plaintiffs,<br>v.<br><br>DANIEL E. STRAUS (In His Individual and Professional Capacities); CAREONE LLC; EMILY VAZQUEZ, (In Her Individual and Professional Capacities); CARE REALTY, LLC; CAREONE MANAGEMENT, LLC; CARE SERVICES, LLC; CARE SOLUTIONS, LLC; PARTNERS PHARMACY, LLC; ASCEND HOSPICE; BRIDGECARE, LLC; TOTAL CARE, LLC; STRAUS GROUP, LLC; JOHN DOES 1-10; AND XYZ CORPS. 1-10;<br><br>　　　　　　Defendants. | CIVIL ACTION NO.:<br><br>2:25-CV-02606 (MCA)<br><br><br><br>SUBSTITUTION OF ATTORNEY |

[TEXT ON NEXT PAGE]

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of Plaintiffs ELIZABETH S. STRAUS, DR. BRANDON HOWARD and MEAGAN LADUE in the above-captioned matter.

                                            **JOHN J. ZIDZIUNAS & ASSOCIATES, LLC**

Dated: 6/24/25                   By: _/s/ John J. Zidziunas_
                                                John J. Zidziunas, Esq.

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs ELIZABETH S. STRAUS, DR. BRANDON HOWARD and MEAGAN LADUE in the above-captioned matter.

                                            **BARON SAMSON LLP**

Dated: 6/25/25                   By: /s/ Scott Baron
                                                Scott D. Baron, Esq.