20250707113459

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, CERTIFICATIONS, EXHIBITS**
EFFECTED (1) BY ME: **JANE NUNN**
TITLE: **PROCESS SERVER**

DATE: **7/8/2025 1:12:25 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

STRAUS GROUP LLC, C/O CORPORATION SERVICE COMPANY

Place where served:

PRINCETON SOUTH CORPORATE CENTER, SUITE 160 100 CHARLES EWING BOULEVARD EWING NJ 08638

[ X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHNNIE MYERS

Relationship to defendant **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M AGE: 21-35 HEIGHT: 5'9"-6'0" WEIGHT: 161-200 LBS. SKIN: BLACK HAIR: BALD OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ ______.____ SERVICES $______.____ TOTAL $______.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

8th day of July, 2025

Notary Signature ________

Rosemary Ramos — Name of Notary
September 25th, 2028 — My Commission Expires

ROSEMARY RAMOS My Commission Expires NOTARY PUBLIC September 25 2028 STATE OF NEW JERSEY

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server

07/08/2025
Date

ATTORNEY: SCOTT D. BARON, ESQ.
PLAINTIFF: ELIZABETH STRAUS, ET AL
DEFENDANT: DANIEL E. STRAUS, ET AL
VENUE: DISTRICT
DOCKET: 2 25 CV 02606 MCA SDA
COMMENT: