

SEAN MACK
Member of the Firm
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.478.3672
Fax: 201.488.5556
smack@pashmanstein.com

July 25, 2025

<u>**VIA CM/ECF**</u>
Hon. Stacey D. Adams, U.S.M.J.
United States District Court, District of New Jersey
Frank R. Lautenberg Post Office and Courthouse
2 Federal Square
Newark, NJ 07101

>    Re:  *Straus v. Straus*
>         *Civil Action No. 25-cv-02606-MCA-SDA*

Dear Judge Adams:

This firm represents Defendants Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Partners Pharmacy, LLC; Ascend Hospice; Bridgecare, LLC; Total Care, LLC; and Straus Group, LLC (collectively, the "Straus Defendants") in connection with the above-referenced matter.  We write pursuant to L. Civ. R. 6.1(a) and Your Honor's Individual Preferences to respectfully request an extension through September 30, 2025 for the Straus Defendants and Defendant Emily Vazquez ("Defendant Vazquez," together with the Straus Defendants, "Defendants") to respond to the Complaint. Counsel for all parties to this action have consented to Defendants' request.

By way of background, Plaintiffs Elizabeth S. Straus, Dr. Brandon Howard, and Meagan LaDue ("Plaintiffs") filed the Complaint on April 10, 2025.  (D.E. 1.)  Based on the executed summonses and waivers of service filed on the docket, Defendants' responsive pleadings are due on or before July 29, 2025 (D.E. 20-23) and September 2, 2025 (D.E. 12, 19).

Defendants collectively request an extension of time, up to and including September 30, 2025, to answer or otherwise respond to the Complaint.  This is Defendants' first request for an extension.  Counsel for all parties to this action have consented to Defendants' request and have executed the stipulation and proposed consent order attached to this letter as **Exhibit A**. Accordingly, we respectfully ask the Court to So Order the stipulation or this letter at its earliest convenience.

>    Respectfully submitted,
>
>    */s/ Sean Mack*
>
>    Sean Mack, Esq.

# EXHIBIT A

**Glavin PLLC**
Rita Glavin, Esq. (*pro hac vice* forthcoming)
156 W. 56th Street
Suite 2004
New York, NY 10019
(646) 693-5505

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Michael S. Stein, Esq.
Sean Mack, Esq.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
smack@pashmanstein.com
(201) 270-4948

*Attorneys for Defendants Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Partners Pharmacy, LLC; Ascend Hospice; Bridgecare, LLC; Total Care, LLC; and Straus Group, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH S. STRAUS, DR. BRANDON HOWARD, and MEAGAN LADUE,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL E. STRAUS (In His Individual and Professional Capacities); CARE ONE LLC; EMILY VAZQUEZ, (In Her Individual and Professional Capacities); CARE REALTY, LLC; CARE ONE MANAGEMENT, LLC; CARE SERVICES, LLC; CARE SOLUTIONS, LLC; PARTNERS PHARMACY, LLC; ASCEND HOSPICE; BRIDGECARE, LLC; TOTAL CARE, LLC; STRAUS GROUP, LLC; JOHN DOES 1-10; AND XYZ CORPS. 1-10,<br><br>Defendants. | Civil Action No. 25-cv-02606-MCA-SDA<br><br><br><br>**STIPULATION AND CONSENT ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time for all Defendants to answer or otherwise respond to the Complaint (D.E. 1) is extended up to and including September 30, 2025.

Dated: July 25, 2025

| | |
|---|---|
| **BARON SAMSON LLP** | **PASHMAN STEIN WALDER HAYDEN, P.C.** |
| By:  s/ Elliott Joffe | By:  s/ Sean Mack |
| Elliott Joffe, Esq. | Michael S. Stein, Esq. |
| 330 Passaic Avenue | Sean Mack, Esq. |
| Suite 105 | Court Plaza South |
| Fairfield, NJ 07004 | 21 Main Street, Suite 200 |
| *Attorneys for Plaintiffs Elizabeth Straus Dr. Brandon Howard and Meagan Ladue* | Hackensack, New Jersey 07601 |
| | *Attorneys for Defendants Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Partners Pharmacy, LLC; Ascend Hospice; Bridgecare, LLC; Total Care, LLC; and Straus Group, LLC* |

**HARRIS TRZASKOMA LLP**

Theresa Trzaskoma, Esq. (NJ co-counsel and *pro hac vice* forthcoming)
156 W. 56th Street Suite 2004
New York, NY 10019
*Attorneys for Defendant Emily Vazquez*

**SO ORDERED:**

_____
Hon. Stacey D. Adams
United States Magistrate Judge