UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH S. STRAUS, DR. BRANDON HOWARD, and MEAGAN LADUE,<br>　　　　　Plaintiffs,<br><br>v.<br><br>DANIEL E. STRAUS (In His Individual and Professional Capacities); CAREONE LLC; EMILY VAZQUEZ, (In Her Individual and Professional Capacities); CARE REALTY, LLC; CAREONE MANAGEMENT, LLC; CARE SERVICES, LLC; CARE SOLUTIONS, LLC; PARTNERS PHARMACY, LLC; ASCEND HOSPICE; BRIDGECARE, LLC; TOTAL CARE, LLC; STRAUS GROUP, LLC; JOHN DOES 1-10; AND XYZ CORPS. 1-10;<br><br>　　　　　Defendants. | CIVIL ACTION NO.:<br><br>2:25-CV-02606 (MCA)<br><br><br><br>NOTICE OF PARTIAL DISMISSAL AS TO DEFENDANT BRIDGECARE, LLC, ONLY |

　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action **AS AGAINST DEFENDANT BRIDGECARE, LLC, ONLY**.  No answer has yet been filed on behalf of any Defendant.

Dated: July 27, 2025　　　　　　　　　　**BARON SAMSON LLP**

　　　　　　　　　　　　　　　　　　　By: */s/ Elliott Joffe*
　　　　　　　　　　　　　　　　　　　　　Elliott Joffe (NJ Bar ID 041561995)
　　　　　　　　　　　　　　　　　　　　　330 Passaic Avenue, Suite 105
　　　　　　　　　　　　　　　　　　　　　Fairfield, New Jersey 07004
　　　　　　　　　　　　　　　　　　　　　973-244-0030
　　　　　　　　　　　　　　　　　　　　　ejoffe@baronsamson.com