**Glavin PLLC**
Rita Glavin, Esq. (*pro hac vice* forthcoming)
156 W. 56th Street
Suite 2004
New York, NY 10019
(646) 693-5505

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Michael S. Stein, Esq.
Sean Mack, Esq.
Angela Juneau, Esq.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
ajuneau@pashmanstein.com
(201) 270-4948

*Attorneys for Defendants Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Partners Pharmacy, LLC; Ascend Hospice; Bridgecare, LLC; Total Care, LLC; and Straus Group, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH S. STRAUS, DR. BRANDON HOWARD, and MEAGAN LADUE,<br>   Plaintiffs,<br><br>v.<br><br>DANIEL E. STRAUS (In His Individual and Professional Capacities); CARE ONE LLC; EMILY VAZQUEZ, (In Her Individual and Professional Capacities); CARE REALTY, LLC; CARE ONE MANAGEMENT, LLC; CARE SERVICES, LLC; CARE SOLUTIONS, LLC; PARTNERS PHARMACY, LLC; ASCEND HOSPICE; BRIDGECARE, LLC; TOTAL CARE, LLC; STRAUS GROUP, LLC; JOHN DOES 1-10; AND XYZ CORPS. 1-10,<br>   Defendants. | Civil Action No. 25-cv-02606-MCA-SDA<br><br>**NOTICE OF APPEARANCE** |

I hereby enter my appearance as counsel for Defendant Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Partners Pharmacy, LLC; Ascend Hospice; Bridgecare, LLC; Total Care, LLC; and Straus Group, LLC in the above-captioned matter.

Dated:  August 21, 2025

*s/Angela Juneau*
Angela Juneau
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
ajunea@pashmanstein.com
*Attorneys for Defendants Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Partners Pharmacy, LLC; Ascend Hospice; Bridgecare, LLC; Total Care, LLC; and Straus Group, LLC*