

Michael S. Stein
Managing Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4906
mstein@pashmanstein.com

December 1, 2025

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:   *Straus et al. v. Straus et al.*
      Case No. 25-2606-MCA-SDA

Dear Judge Arleo:

  This firm represents Defendants Daniel E. Straus; Care One, LLC; Care Realty, LLC; Care One Management, LLC; Care Services, LLC; Care Solutions, LLC; Ascend Hospice; Total Care, LLC; and Straus Group, LLC ("Defendants") in this matter.[1]

  We write pursuant to Local Civil Rule 7.2(b) to request the Court's permission to file an overlength brief in support of Defendants' motion to dismiss Plaintiffs' Complaint. Our motion must be filed by December 15, 2025. ECF No. 38. Specifically, we request permission to file one brief on behalf of the nine defendants that we represent of up to 20 pages over the limit of 40 pages, using 14-point font.

  The Complaint, brought on behalf of three Plaintiffs, is 82 pages, plus 60 pages of exhibits, and contains 455 paragraphs and 16 different counts, including three federal law counts under RICO and the Trafficking Victims Protection Reauthorization Act as well as 13 state law counts including invasion of privacy, breach of fiduciary duty, and violations of the Law Against Discrimination.

  While we in no way wish to burden Your Honor with unnecessary papers, we strongly believe that the additional pages are reasonably necessary to fully address the numerous issues raised by the three plaintiffs in the Complaint. Defendants therefore request that the Court permit up to 20 additional pages, for a brief that is no longer than 60 pages total. We will, of course, keep the brief as concise as possible.

---

[1]   Defendant Partners Pharmacy filed a voluntary petition for bankruptcy a few weeks ago and therefore this case is stayed as to that Defendant pursuant to 28 U.S.C. §362.

```
```

December 1, 2025
Page 2

We respectfully request that the Court So Order the proposed request if it meets the Court's approval.

We thank Your Honor for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

MICHAEL S. STEIN