UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH S. STRAUS, DR. BRANDON HOWARD and MEAGAN LADUE,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL E. STRAUS (In His Individual and Professional Capacities); CARE ONE LLC; EMILY VAZQUEZ, (In Her Individual and Professional Capacities); CARE REALTY, LLC; CARE ONE MANAGEMENT, LLC; CARE SERVICES, LLC; CARE SOLUTIONS, LLC; PARTNERS PHARMACY, LLC; ASCEND HOSPICE; BRIDGECARE, LLC; TOTAL CARE, LLC; STRAUS GROUP, LLC; JOHN DOES 1-10; AND XYZ CORPS. 1-10,<br><br>Defendants. | Case 2:25-cv-02606-MCA-SDA<br><br><br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

**PLEASE TAKE NOTICE** that, pursuant to L.Civ.R. 102.1, Scott B. McBride, Esq., of Lowenstein Sandler LLP hereby withdraws his appearance as counsel of record for Plaintiffs Elizabeth S. Straus, Dr. Brandon Howard and Meagan Ladue ("Plaintiffs") in the above-captioned action.

Dated: December 10, 2025        By: *s/ Scott B. McBride*
                                             Scott B. McBride
                                             **LOWENSTEIN SANDLER LLP**
                                             One Lowenstein Drive
                                             Roseland, New Jersey 07068
                                             Tel: 973.597.2500
                                             Fax: 973.597.2400