UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH S. STRAUS, DR. BRANDON HOWARD, and MEAGAN LADUE, <br>  Plaintiffs, <br> v. <br><br> DANIEL E. STRAUS (In His Individual and Professional Capacities); CAREONE LLC; EMILY VAZQUEZ, (In Her Individual and Professional Capacities); CARE REALTY, LLC; CAREONE MANAGEMENT, LLC; CARE SERVICES, LLC; CARE SOLUTIONS, LLC; PARTNERS PHARMACY, LLC; ASCEND HOSPICE; BRIDGECARE, LLC; TOTAL CARE, LLC; STRAUS GROUP, LLC; JOHN DOES 1-10; AND XYZ CORPS. 1-10; <br><br>  Defendants. | CIVIL ACTION NO.: <br><br> 2:25-CV-02606 (MCA) <br><br><br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action without prejudice.  No answer has yet been filed on behalf of any Defendant.  This dismissal is effective against all named Defendants except for Bridgecare, LLC, who was the subject of an earlier notice of partial dismissal.

Dated: December 12, 2025                    **BARON SAMSON LLP**

                                              By: */s/ Elliott Joffe*
                                                 Elliott Joffe (NJ Bar ID 041561995)
                                                 330 Passaic Avenue, Suite 105
                                                 Fairfield, New Jersey 07004
                                                 973-244-0030
                                                 ejoffe@baronsamson.com

SO ORDERED

    *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  12/15/25