

Glavin PLLC  
156 W. 56th Street, Suite 2004  
New York, NY 10019

glavinpllc.com  
646.693.5505

December 15, 2025

**VIA ECF**

The Honorable Madeline Cox Arleo  
United States District Judge  
District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street, Courtroom MLK 4A  
Newark, NJ 07102

Re: *Straus, et al., v. Straus, et al.,* No. 25-cv-2606-MCA-SDA (D.N.J.)

Dear Judge Arleo:

      I represent defendants Daniel E. Straus ("Mr. Straus"), Care One, LLC, Care Realty, LLC, Care One Management, LLC, Care Services, LLC, Care Solutions, LLC, Partners Pharmacy, LLC, Ascend Hospice, Total Care, LLC, and Straus Group, LLC ("Care One Defendants") in the above-referenced matter. I write to make the record clear regarding Plaintiffs' unilateral December 12, 2025 filing, voluntarily dismissing their April 10, 2025 lawsuit against Mr. Straus, Emily Vazquez, and the Care One Defendants, which Plaintiffs filed without providing any prior notice to any of the defendants. *See* ECF No. 43.

      To be clear, neither Mr. Straus nor any of the other defendants (a) settled this lawsuit or (b) ever would settle this lawsuit, which makes false, outrageous and meritless claims against them in a transparent shakedown attempt. The Plaintiffs—led by Mr. Straus's litigious daughter Elizabeth Straus who has instituted litigation against her parents numerous times in numerous forums over the last 18 months in hopes of wrongfully extracting millions of dollars from family trusts—chose to unilaterally and voluntarily dismiss this case three days before Mr. Straus and the Care One Defendants were to file a motion to dismiss that would have demonstrated the frivolous and meritless nature of their claims. It bears mention that Ms. Straus also voluntarily dismissed without prejudice two prior lawsuits against various family trusts and Mr. Straus in the Superior Court of New Jersey. The first (BER-C-190-24) was dismissed on April 28, 2025, shortly after the trial judge made significant rulings against Ms. Straus, including that she violated an order, and vacated the preliminary relief previously entered in her favor. Ms. Straus then voluntarily dismissed her second trust lawsuit (BER-C-122-25) on September 11, 2025, after the trial judge noted on the record that she had lost all credibility and failed to abide by his orders.

      This false and meritless lawsuit should never have been filed.

Respectfully submitted,

*/s/ Rita M. Glavin*  
Rita M. Glavin